# ISAACSON & WILSON, P.S.

*Via Federal Express*
*7969 6279 0315*



April 7, 2011

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Brian G. Isaacson
LL.M. in Taxation
Admitted in Washington
Admitted in New York
bgisaacson@isaacsonwilson.com

Mark J. Wilson
Admitted in Washington
Admitted in California
mjwilson@isaacsonwilson.com

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 4-8-11

**MEMO ENDORSED**

Re:   Arthur L. Cahoon, et al. v. Bayerische Hypo-Und Vereinsbank, AG, et al.
      Case No. 11 CV 1891 (RMB)

Dear Justice Berman:

   We respectfully request a adjournment of the initial pre-hearing conference scheduled for April 28, 2011 in the above referenced case because we have not yet perfected service of process. This is the first request for an adjournment.

   We have been in communication with Mark Lerner who is counsel for Bayerische Hypo-Und Vereinsbank, AG, Bayerische Hypo-Und Vereinsbank AG New York Branch, Unicredit U.S. Finance, Inc. (f/k/a HVB U.S. Finance, Inc.) and HVB Risk Management Products, Inc. in other cases. Mr. Lerner is in the process of confirming with the defendants if he will be representing them in this matter and whether he is authorized to sign a Waiver of Service of Summons.

   We will notify the court as soon as we have perfected service of process.

Very truly yours,

ISAACSON & WILSON, P.S.

*Brian G Isaacson*

Brian G. Isaacson
Counsel for Plaintiffs

cc:   Mark Lerner, via email and U.S. Postal Service
      Kasowitz, Benson, Torres & Friedman, LLP

The initial pre-trial conference on 4/28/11 is adjourned to 5/31/11 at 9:30 a.m.

SO ORDERED:
Date: 4/8/11

*Richard M. Berman*
Richard M. Berman, U.S.D.J.

1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
TEL. 206.448.1011   FAX. 206.448.1022

1515 BROADWAY, 11TH FLOOR
NEW YORK, NY 10036
TEL .646-308-1600
FAX. 888-964-9449