UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Plaintiff
ARTHUR L. CAHOON, ET AL.,
vs.
Defendant
BAYERISCHE HYPO-UND VEREINSBANK, AG, ET AL.,

Index No.: 11 CIV 1891
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on 4/28/11

I, Abu Moughal, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on May 3, 2011 1:26 PM, I executed service of SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT; NOTICE OF PRETRIAL CONFERENCE; ENDORSED LETTER ADJOURNING PRETRIAL HEARING TO 5/31/11; INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN; ELECTRONIC CASE FILING RULES & INSTRUCTIONS on BAYERISCHE HYPO-UND VEREINSBANK, AG at 150 E 42ND Street, NEW YORK, New York County, NY 10017

By Personal Service to: Kathrin Rauschnabel, Vice President, A blonde-haired white female approx. 35-45 years of age, 5'4"-5'8" tall and weighing 120-150 lbs.

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on May 12, 2011

Abu Moughal, Reg. # 1372624 NY, Kings

State of New York, County of Kings
Subscribed and sworn to before me, a notary public on May 12, 2011

Notary Public

ERIC VANDERFORD
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01VA6239063
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES APRIL 18TH 2015

FOR: Isaacson & Wilson, PS
REF: CAHOON

Order No. 6760469 SEA