UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Plaintiff
ARTHUR L. CAHOON, ET AL.,                                              Index No.:  11 CIV 1891
vs.                                                                    Hearing Date:
Defendant                                                              Attorney of Record:
BAYERISCHE HYPO-UND VEREINSBANK, AG, ET AL.,

## AFFIDAVIT OF SERVICE

Received this on __04/28/11__

I, Abu Moughal, being duly sworn, depose and say, I have been duly authorized to make service of
the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to
or otherwise interested in this matter.

That on Apr 29, 2011 2:23 PM, I executed service of SUMMONS IN A CIVIL ACTION; COMPLAINT;
PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT; NOTICE OF PRETRIAL CONFERENCE;
ENDORSED LETTER ADJOURNING PRETRIAL HEARING TO 5/31/11; INDIVIDUAL PRACTICES
OF HON. RICHARD M. BERMAN; ELECTRONIC CASE FILING RULES & INSTRUCTIONS on
BAYERISCHE HYPO-UND VEREINSBANK, AG NEW YORK BRANCH at 150 E 42ND Street, NEW
YORK, New York County, NY 10017

By Personal Service to: Christina Hagen, Legal Associate, A blonde-haired white female approx. 35-
45 years of age, 5'4"-5'8" tall and weighing 120-160 lbs.

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my
knowledge.

Executed on May 12, 2011

**Abu Moughal, Reg. # 1372624 NY, Kings**

State of New York, County of Kings
Subscribed and sworn to before me, a notary public on May 12, 2011

Notary Public

FOR: Isaacson & Wilson, PS                                             Order No. 6760468 SEA
REF: CAHOON

ERIC VANDERFORD
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01VA6239063
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES APRIL 18TH 2015