UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Plaintiff
ARTHUR L. CAHOON, ET AL.,
vs.
Defendant
BAYERISCHE HYPO-UND VEREINSBANK, AG, ET AL.,

Index No.:  11 CIV 1891
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on ___4/28/11___

I, Abu Moughal, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Apr 29, 2011 2:20 PM, I executed service of SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT; NOTICE OF PRETRIAL CONFERENCE; ENDORSED LETTER ADJOURNING PRETRIAL HEARING TO 5/31/11; INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN; ELECTRONIC CASE FILING RULES & INSTRUCTIONS on UNICREDIT U.S. FINANCE INC., (F/K/A HVB U.S. FINANCE INC AND HVB STRUCTURED FINANCE INC.) at 150 E 42ND Street, NEW YORK, New York County, NY 41001

By Personal Service to: Christina Hagen, Legal Associate, A blonde-haired white female approx. 35-45 years of age, 5'4"-5'8" tall and weighing 120-160 lbs.

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on May 12, 2011

Abu Moughal, Reg. # 1372624 NY, Kings

ERIC VANDERFORD
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01VA6239063
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES APRIL 18TH 2015

State of New York, County of Kings
Subscribed and sworn to before me, a notary public on May 12, 2011

Notary Public

FOR: Isaacson & Wilson, PS
REF: CAHOON

Order No. 6760471 SEA