KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Mark P. Ressler
E-Mail: mressler@kasowitz.com
Mark W. Lerner
E-Mail: mlerner@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Defendants*
BAYERISCHE HYPO-UND VEREINSBANK AG;
BAYERISCHE HYPO-UND VEREINSBANK AG,
NEW YORK BRANCH; UNICREDIT U.S. FINANCE
INC.; and HVB RISK MANAGEMENT PRODUCTS INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ARTHUR L. CAHOON; GLENGARRIFF VENTURES, :
LLC; ANTONIO R. SANCHEZ, JR., individually and as :
Trustee of THE SANCHEZ SPOUSAL TRUST; :
ANGELINA VENTURES, LLC; THE GEORGE M. :
SANCHEZ OIL & GAS TRUST and ARS, JR., GMS :
NON-EXEMPT REMAINDER TRUST, KELSEY V. :
STEWART OIL & GAS TRUST, and RICHARD A. :
STEWARD OIL & GAS TRUST as beneficiaries of THE :
GEORGE M. SANCHEZ OIL & GAS TRUST; MEDINA :
VENTURES, LLC; THE SANCHEZ MARITAL TRUST :     **NOTICE OF APPEARANCE**
and ARS, JR., GMS NON-EXEMPT REMAINDER :
TRUST, EKLSEY V. STEWART OIL & GAS TRUST, :     Case No. 11-CV-01891 (RMB)
and RICHARD A. STEWART OIL & GAS TRUST as :
beneficiaries of THE SANCHEZ MARITAL TRUST; :
RED VENTURES, LLC; THE SANCHEZ SPOUSAL :
TRUST; and PECO VENTURES, LLC, :
:
               Plaintiffs, :
:
vs. :
:
BAYERISCHE HYPO- UND VEREINSBANK AG; :
BAYERISCHE HYPO- UND VEREINSBANK AG, :
NEW YORK BRANCH; UNICREDIT U.S. FINANCE :
INC. (f/k/a HVB U.S. FINANCE INC. and HVB :
STRUCTURED FINANCE, INC.); and HVB RISK :
MANAGEMENT PRODUCTS INC, :
:
               Defendants. :
---------------------------------------------------------------x

PLEASE TAKE NOTICE, that the undersigned counsel, who is admitted to practice before this Court, hereby appears for Defendants Bayerische Hypo- und Vereinsbank AG; Bayerische Hypo- und Vereinsbank AG, New York Branch; Unicredit U.S. Finance Inc.; and HVB Risk Management Products, Inc., named in this matter, and requests that all further papers and correspondence be served upon him.

Dated: New York, New York
      May 17, 2011

Respectfully submitted,

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: _____
Mark P. Ressler
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Defendants*

2