KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Mark P. Ressler
E-Mail: mressler@kasowitz.com
Mark W. Lerner
E-Mail: mlerner@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Defendants*
BAYERISCHE HYPO-UND VEREINSBANK AG;
BAYERISCHE HYPO-UND VEREINSBANK AG,
NEW YORK BRANCH; UNICREDIT U.S. FINANCE
INC.; and HVB RISK MANAGEMENT PRODUCTS INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ARTHUR L. CAHOON; GLENGARRIFF VENTURES, LLC; ANTONIO R. SANCHEZ, JR., individually and as Trustee of THE SANCHEZ SPOUSAL TRUST; ANGELINA VENTURES, LLC; THE GEORGE M. SANCHEZ OIL & GAS TRUST and ARS, JR., GMS NON-EXEMPT REMAINDER TRUST, KELSEY V. STEWART OIL & GAS TRUST, and RICHARD A. STEWARD OIL & GAS TRUST as beneficiaries of THE GEORGE M. SANCHEZ OIL & GAS TRUST; MEDINA VENTURES, LLC; THE SANCHEZ MARITAL TRUST and ARS, JR., GMS NON-EXEMPT REMAINDER TRUST, EKLSEY V. STEWART OIL & GAS TRUST, and RICHARD A. STEWART OIL & GAS TRUST as beneficiaries of THE SANCHEZ MARITAL TRUST; RED VENTURES, LLC; THE SANCHEZ SPOUSAL TRUST; and PECO VENTURES, LLC,

    Plaintiffs,

vs.

BAYERISCHE HYPO- UND VEREINSBANK AG; BAYERISCHE HYPO- UND VEREINSBANK AG, NEW YORK BRANCH; UNICREDIT U.S. FINANCE INC. (f/k/a HVB U.S. FINANCE INC. and HVB STRUCTURED FINANCE, INC.); and HVB RISK MANAGEMENT PRODUCTS INC,

    Defendants.

------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Case No. 11-CV-01891 (RMB)

PLEASE TAKE NOTICE, that the undersigned counsel, who is admitted to practice before this Court, hereby appears for Defendants Bayerische Hypo- und Vereinsbank AG; Bayerische Hypo- und Vereinsbank AG, New York Branch; Unicredit U.S. Finance Inc.; and HVB Risk Management Products, Inc., named in this matter, and requests that all further papers and correspondence be served upon him.

Dated: New York, New York  
      May 17, 2011

Respectfully submitted,

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: _____  
Mark W. Lerner  
1633 Broadway  
New York, New York 10019  
Telephone: (212) 506-1700  
Facsimile: (212) 506-1800

*Attorneys for Defendants*