KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Mark P. Ressler
E-Mail: mressler@kasowitz.com
Mark W. Lerner
E-Mail: mlerner@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Defendants*
BAYERISCHE HYPO-UND VEREINSBANK AG;
BAYERISCHE HYPO-UND VEREINSBANK AG,
NEW YORK BRANCH; UNICREDIT U.S. FINANCE
INC.; and HVB RISK MANAGEMENT PRODUCTS INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ARTHUR L. CAHOON; GLENGARRIFF VENTURES, LLC; ANTONIO R. SANCHEZ, JR., individually and as Trustee of THE SANCHEZ SPOUSAL TRUST; ANGELINA VENTURES, LLC; THE GEORGE M. SANCHEZ OIL & GAS TRUST and ARS, JR., GMS NON-EXEMPT REMAINDER TRUST, KELSEY V. STEWART OIL & GAS TRUST, and RICHARD A. STEWARD OIL & GAS TRUST as beneficiaries of THE GEORGE M. SANCHEZ OIL & GAS TRUST; MEDINA VENTURES, LLC; THE SANCHEZ MARITAL TRUST and ARS, JR., GMS NON-EXEMPT REMAINDER TRUST, EKLSEY V. STEWART OIL & GAS TRUST, and RICHARD A. STEWART OIL & GAS TRUST as beneficiaries of THE SANCHEZ MARITAL TRUST; RED VENTURES, LLC; THE SANCHEZ SPOUSAL TRUST; and PECO VENTURES, LLC,

     Plaintiffs,

vs.

BAYERISCHE HYPO- UND VEREINSBANK AG;
BAYERISCHE HYPO- UND VEREINSBANK AG,
NEW YORK BRANCH; UNICREDIT U.S. FINANCE
INC. (f/k/a HVB U.S. FINANCE INC. and HVB
STRUCTURED FINANCE, INC.); and HVB RISK
 MANAGEMENT PRODUCTS INC,

     Defendants.

------------------------------------------------------------x

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO FED. R. CIV. P. 7.1**

Case No. 11-CV-01891 (RMB)

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendants Bayerische Hypo- und Vereinsbank AG; Bayerische Hypo- und Vereinsbank AG, New York Branch; Unicredit U.S. Finance Inc.; and HVB Risk Management Products, Inc. (collectively, "HVB") certifies that Unicredito Italiano SpA is the parent corporation of HVB and owns more than 10% stock in HVB.

Dated: New York, New York  
      May 17, 2011

Respectfully submitted,

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: /s/ Mark W. Lerner  
Mark P. Ressler  
Mark. W. Lerner  
1633 Broadway  
New York, New York 10019  
Telephone: (212) 506-1700  
Facsimile: (212) 506-1800

*Attorneys for Defendants*