

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ARTHUR L. CAHOON; GLENGARRIFF VENTURES, LLC; ANTONIO R. SANCHEZ, JR., individually and as Trustee of THE SANCHEZ SPOUSAL TRUST; ANGELINA VENTURES, LLC; THE GEORGE M. SANCHEZ OIL & GAS TRUST and ARS, JR., GMS NON-EXEMPT REMAINDER TRUST, KELSEY V. STEWART OIL & GAS TRUST, and RICHARD A. STEWARD OIL & GAS TRUST as beneficiaries of THE GEORGE M. SANCHEZ OIL & GAS TRUST; MEDINA VENTURES, LLC; THE SANCHEZ MARITIAL TRUST and ARS, JR., GMS NON-EXEMPT REMAINDER TRUST, KELSEY V. STEWART OIL & GAS TRUST, AND RICHARD A. STEWART OIL & GAS TRUST as beneficiaries of THE SANCHEZ MARITIAL TRUST; RED VENTURES, LLC; THE SANCHEZ SPOUSAL TRUST; and PECOS VENTURES, LLC,

    Plaintiffs,

    v.

BAYERISCHE HYPO-UND VEREINSBANK AG; BAYERISCHE HYPO-UND VEREINSBANK AG NEW YORK BRANCH; UNICREDIT U.S. FINANCE INC. (f/k/a HVB U.S. FINANCE INC. and HVB STRUCTURED FINANCE INC.); and HVB RISK MANAGEMENT PRODUCTS, INC.,

    Defendants.

-----------------------------------------------------------x

Case No. 11-CV-1891 (RMB)

STIPULATION AND ORDER

[ECF CASE]

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that: (1) the time for Defendants Bayerische Hypo-und Vereinsbank AG, Bayerische Hypo-und Vereinsbank AG New York Branch, and Unicredit U.S. Finance Inc. (f/k/a HVB U.S. Finance Inc. and HVB Structured Finance Inc.) (collectively, "HVB") to answer, move or otherwise respond to Plaintiffs Arthur L. Cahoon, Glengarriff Ventures, LLC, Antonio R. Sanchez, Jr., individually and as Trustee of the Sanchez Spousal Trust, Angelina Ventures, LLC, The George M. Sanchez Oil & Gas Trust and ARS, Jr., GMS Non-Exempt Remainder Trust, Kelsey V. Stewart Oil & Gas Trust, and Richard A. Steward Oil & Gas Trust as beneficiaries of The George M. Sanchez Oil & Gas Trust, Medina Ventures, LLC, the Sanchez Marital Trust, and ARS, JR, GMS Non-Exempt Remainder Trust, Kelsey V. Stewart Oil and Gas Trust, and Richard A. Stewart Oil & Gas Trust as beneficiaries of The Sanchez Marital Trust, Red Ventures, LLC, The Sanchez Spousal Trust and Pecos Ventures, LLC's Complaint in the above-captioned action shall be June 17, 2011; ~~(2) the date for Petitioners' Response to Defendants' motion or other response shall be July 15, 2011, (3) the date for Defendants' Reply to Petitioners' response shall be August 5, 2011,~~ and (4) HVB waives any defense under Rule 12(b)(5) of the Federal Rules of Civil Procedure, or other defense alleging insufficiency of service of process. *See the Court's individual rules regarding the filing of motions.*

Dated: New York, New York
May 17, 2011

ISAACSON & WILSON, P.S.

By: /s/ Brian G. Isaacson
Brian G. Isaacson
1515 Broadway, 11th Floor
New York, NY 10036
Tel. No.: 646-308-1600
*Attorneys for Plaintiffs*

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP

By: /s/ Mark W. Lerner
Mark W. Lerner, Esq.
1633 Broadway
New York, NY 10019-6799
Tel. No.: 212-506-1700
*Attorneys for Defendants*

2

SO ORDERED:

RICHARD M. BERMAN, U.S.D.J.
5/19/11