```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ARTHUR R. CAHOON, et al.,
              Plaintiff(s),

      -v-

BAYERISCHE HYPO-UND VERINSBANK,
AG, et al.,    Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

__11__ CV. __1891__ (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by ~~6 MONTHS AFTER MOTION TO DISMISS IS DECIDED~~ _45 days from today_ RMB

(ii) Amend the pleadings by ~~45 DAYS AFTER MOTION TO DISMISS IS DECIDED~~ _45 days from today_ RMB

(iii) All discovery to be **expeditiously** completed by ~~12 MONTHS AFTER MOTION TO DISMISS IS DECIDED~~ _10/3/11_

(iv) Consent to Proceed before Magistrate Judge __NO__

(v) Status of settlement discussions __NONE TO DATE__ _10/4/11 @ 9:00 with principals_

Sections vi through xi will be set at conference with the Court.

(vi) Motions _to dismiss 6/17/11; 7/14/11; 8/4/11 -- on submission + page limits_

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____

SO ORDERED: New York, New York
                      5/31/11

_RMB_
Hon. Richard M. Berman, U.S.D.J.