UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR L. CAHOON, Plaintiff,
et al.,

- against -

BAYERISCHE   Defendant.
HYPO-UND
VEREINSBANK AG. et

11 cv 1891 (RMB)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Brian G. Isaacson   a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Edmundo O. Ramirez
Firm Name: Ellis, Koeneke & Ramirez, L.L.P.
Address: 1101 Chicago
City/State/Zip: McAllen, Texas 78501
Phone Number: (956) 682-2440
Fax Number: (956) 682-0820

Edmundo O. Ramirez   is a member in good standing of the Bar of the States of

Texas

There are no pending disciplinary proceeding against Edmundo O. Ramirez
in any State or Federal court.

Dated: May 25, 2011
City, State: Seattle, WA

Respectfully submitted,

*Brian Isaacson* (signature)

Sponsor's
SDNY Bar IB 8224
Firm Name: Isaacson & Wilson, P.S.
Address: 1200 5th Avenue, Ste. 1900
City/State/Zip: Seattle, WA 98101
Phone Number: 206-448-1011
Fax Number: 206-448-1022

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

June 01, 2011

RE: **Mr. Edmundo O. Ramirez**
State Bar Number - **16501420**

To Whom it May Concern:

This is to certify that Mr. Edmundo O. Ramirez was licensed to practice law in Texas on May 09, 1986 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN     **DISTRICT OF**     TEXAS

**CERTIFICATE OF GOOD STANDING**

*I,*    DAVID J. BRADLEY    , *Clerk of this Court,*

*certify that* Edmundo O. Ramirez , *Bar* 16501420 ,

*was duly admitted to practice in this Court on*

February 17, 1988 , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at*    McAllen, Texas    *on*    May 31, 2011 .
LOCATION                      DATE

DAVID J. BRADLEY        
CLERK                                 DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| ARTHUR L. CAHOON, et al., | § | |
| --- | --- | --- |
| vs. | § | |
| | § | 1:11-cv-01891-RMB |
| BAYERISCHE HYPO-UND | § | |
| VEREINSBANK AG, et al., | § | |
| Defendants. | § | |

## AFFIDAVIT OF BRIAN G. ISAACSON
## IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

| State of New York | § |
| --- | --- |
| | § |
| County of New York | § |

Brian G. Isaacson, being duly sworn, hereby deposes and says as follows:

1. I am a partner with Isaacson & Wilson, P.S., counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Edmundo O. Ramirez as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 2009. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Edmundo O. Ramirez since January 2011.

4. Mr. Ramirez is a partner with Ellis, Koeneke & Ramirez, L.L.P., in McAllen, Texas.

5. I have found Mr. Ramirez to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Edmundo O. Ramirez, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Edmundo O. Ramirez, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Edmundo O. Ramirez, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: May 25, 2011

City, State: Seattle, WA 98101

Notarized: *Dorothy B Akingbe*

Respectfully submitted,

*Brian G. Isaacson*
Brian G. Isaacson
SDNY Bar Code: IB 8224

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR L. CAHOON, et al.,    Plaintiff,

11 cv 1891    (   )

- against -

BAYERISCHE HYPO-UND
VEREINSBANK, AG, et al.    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Brian G. Isaacson attorney for Plaintiffs Arthur L. Cahoon, et al.,

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Edmundo O. Ramirez |
| Firm Name: | Ellis, Koeneke & Ramirez, L.L.P. |
| Address: | 1101 Chicago |
| City/State/Zip: | McAllen, Texas |
| Telephone/Fax: | (956) 682-2440 |
| Email Address: | eor@ekrattorneys.com |

is admitted to practice pro hac vice as counsel for Plaintiffs Arthur L. Cahoon, et al., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

ARTHUR L. CAHOON; et a;,      Case No. 11-CV-1891-rmb

   Plaintiffs,     [ECF CASE]

   v.     **AFFIRMATION OF SERVICE**

BAYERISCHE HYPO-UND VEREINSBANK AG; et al,

   Defendants.

-----------------------------------------------------------------------x

I, Brian G. Isaacson, declare under penalty of perjury that I have served a copy of the attached Motion to Admit Counsel Pro Hac Vice and Affidavit of Brian G. Isaacson in Support of Motion to Admit Counsel Pro Hac Vice upon the following via U.S. Postal Service:

| | |
|---|---|
| Mark W. Lerner<br>Kasowitz Benson Torres &<br>  Friedman, LLP<br>1633 Broadway<br>New York, NY 10091 | Mark P. Ressler<br>Kasowitz Benson Torres &<br>  Friedman, LLP<br>1633 Broadway<br>New York, NY 10091 |

Dated: Seattle, WA
       June 7, 2011

_____
Brian G. Isaacson
ISAACSON & WILSON, P.S.
1515 BROADWAY 11TH FLOOR
NEW YORK, NEW YORK 10036
Tel:   646-308-1600
*Attorney for Plaintiffs*
NYSD # IB8224