SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARTHUR L. CAHOON, et al.,     Plaintiff,

            - against -

BAYERISCHE HYPO-UND           Defendant.
VEREINSBANK, AG, et al.

11 cv 1891 (RMB)

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Brian G. Isaacson attorney for Plaintiffs Arthur L. Cahoon, et al., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:   Edmundo O. Ramirez
Firm Name:          Ellis, Koeneke & Ramirez, L.L.P.
Address:            1101 Chicago
City/State/Zip:     McAllen, Texas
Telephone/Fax:      (956) 682-2440
Email Address:      eor@ekrattorneys.com

is admitted to practice pro hac vice as counsel for Plaintiffs Arthur L. Cahoon, et al., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  6/13/11
City, State: New York, NY

Richard M. Berman
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006