UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Arthur R. Cahoon, et al.,   Plaintiff,

- against -

Bayerische Hypo-Und    Defendant.
Verinsbank, AG, et al.

11 cv 1891 (RMB)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brian G. Isaacson   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Mark J. Wilson
Firm Name: Isaacson & Wilson, P.S.
Address: 1200 Fifth Avenue, Suite 1900
City/State/Zip: Seattle, WA 98101-3135
Phone Number: (206) 448-1011
Fax Number: (206) 448-1022

Mark J. Wilson   is a member in good standing of the Bar of the States of Washington and Califrnia

There are no pending disciplinary proceeding against Mark J. Wilson in any State or Federal court.

Dated: JUN 16 2011
City, State: Seattle, WA

Respectfully submitted,

Sponsor's
SDNY Bar   IB 8224
Firm Name: Isaacson & Wilson, P.S.
Address:   1200 Fifth Ave., Ste. 1900
City/State/Zip: Seattle, WA 98101-3135
Phone Number: 206-448-1011
Fax Number: 206-448-1022

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION )
)
OF )
)
MARK JEFFREY WILSON )
)
TO PRACTICE IN THE COURTS OF THIS STATE )
)

BAR NO. 16675

**CERTIFICATE OF GOOD STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

MARK JEFFREY WILSON

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on February 18, 1987, and is now and has continuously since that date been an attorney in good standing, with a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 8th day of June, 2011.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *MARK JEFFREY WILSON*

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that MARK JEFFREY WILSON was on the 13th day of January, 1981, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 10th day of June, 2011.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By: _____
*Charles Cahoon, Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

**ARTHUR L. CAHOON; et al,**

      **Plaintiffs,**

      v.

**BAYERISCHE HYPO-UND
VEREINSBANK AG; et al,**

      **Defendants.**

-----------------------------------------------------------x

Case No. 11-cv-01891 RMB

[ECF CASE]


### AFFIDAVIT OF BRIAN G. ISAACSON
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

| | | |
|---|---|---|
| State of Washington | § | |
| | § | ss |
| County of King | § | |

Brian G. Isaacson, being duly sworn, hereby deposes and says as follows:

1. I am a partner with Isaacson & Wilson, P.S., counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Mark J. Wilson as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 2009. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mark Wilson since January 2002.

4. Mr. Wilson is a partner with Isaacson & Wilson, P.S., in Seattle, Washington.

5. I have found Mr. Wilson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

1

6. Accordingly, I am pleased to move the admission of Mark J. Wilson, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mark J. Wilson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Mark J. Wilson, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

Dated: JUN 1 6 2011

City, State: Seattle, WA 98101

Notarized: *Dorothy B Shingola*

Respectfully submitted,

*Brian G. Isaacson*
Brian G. Isaacson
SDNY Bar Code: IB 8224

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arthur R. Cahoon, et al.,      Plaintiff,

11 cv 1891    ( RMB )

- against -

Bayerische Hypo-Und Verinsbank, AG, et al.    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Brian G. Isaacson    attorney for (Plaintiff or Defendant's Name)

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Mark J. Wilson |
| Firm Name: | Isaacson & Wilson, P.S. |
| Address: | 1200 Fifth Avenue, Suite 1900 |
| City/State/Zip: | Seattle, WA 98101-3135 |
| Telephone/Fax: | (206) 448-1011 |
| Email Address: | 206-448-1022 |

is admitted to practice pro hac vice as counsel for (Plaintiff or Defendant's Name) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: Seattle, WA

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| **ARTHUR L. CAHOON, et al,** | Case No. 11-CV-1891 (RMB) |
| **Plaintiffs,** | [ECF CASE] |
| v. | **AFFIRMATION OF SERVICE** |
| **BAYERISCHE HYPO-UND VEREINSBANK AG; et al,** | |
| **Defendants.** | |

-------------------------------------------------------------------x

I, Brian G. Isaacson, declare under penalty of perjury that I have served a copy of the attached Motion to Admit Counsel Pro Hac Vice and Affidavit of Brian G. Isaacson in Support of Motion to Admit Counsel Pro Hac Vice upon the following via U.S. Postal Service:

> Mark W. Lerner
> Kasowitz Benson Torres &
>   Friedman, LLP
> 1633 Broadway
> New York, NY 10091
>
> Mark P. Ressler
> Kasowitz Benson Torres &
>   Friedman, LLP
> 1633 Broadway
> New York, NY 10091

Dated: Seattle, WA
June _16_, 2011

Brian G. Isaacson
ISAACSON & WILSON, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101-3135
Tel:   206-448-1011
*Attorney for Plaintiffs*
*NYSD # IB 8224*