SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arthur R. Cahoon, et al.,        Plaintiff,

- against -

Bayerische Hypo-Und Verinsbank, AG, et al.        Defendant.

11 cv 1891  (RMB)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Brian G. Isaacson attorney for (Plaintiff or Defendant's Name)
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Mark J. Wilson |
| Firm Name: | Isaacson & Wilson, P.S. |
| Address: | 1200 Fifth Avenue, Suite 1900 |
| City/State/Zip: | Seattle, WA 98101-3135 |
| Telephone/Fax: | (206) 448-1011 |
| Email Address: | 206-448-1022 |

is admitted to practice pro hac vice as counsel for (Plaintiff or Defendant's Name) in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6/24/11
City, State: ~~Seattle, WA~~ NYC, NY

Richard M. Berman
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006