KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Mark P. Ressler
E-Mail: mressler@kasowitz.com
Mark W. Lerner
E-Mail: mlerner@kasowitz.com
James E. D'Elicio
E-Mail: jdelicio@kasowitz.com
1633 BroadwayNew York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
ARTHUR L. CAHOON; GLENGARRIFF VENTURES, :
LLC; ANTONIO R. SANCHEZ, JR., individually and as :
Trustee of THE SANCHEZ SPOUSAL TRUST; :
ANGELINA VENTURES, LLC; THE GEORGE M. :
SANCHEZ OIL & GAS TRUST and ARS, JR., GMS :
NON-EXEMPT REMAINDER TRUST, KELSEY V. :
STEWART OIL & GAS TRUST, and RICHARD A. :
STEWARD OIL & GAS TRUST as beneficiaries of THE :
GEORGE M. SANCHEZ OIL & GAS TRUST; MEDINA :
VENTURES, LLC; THE SANCHEZ MARITAL TRUST : **NOTICE OF APPEARANCE**
and ARS, JR., GMS NON-EXEMPT REMAINDER :
TRUST, EKLSEY V. STEWART OIL & GAS TRUST, : Case No. 11-cv-01891 (RMB)
and RICHARD A. STEWART OIL & GAS TRUST as :
beneficiaries of THE SANCHEZ MARITAL TRUST; :
RED VENTURES, LLC; THE SANCHEZ SPOUSAL :
TRUST; and PECO VENTURES, LLC, :
 :
                    Plaintiffs, :
 :
     vs. :
 :
BAYERISCHE HYPO- UND VEREINSBANK AG; :
BAYERISCHE HYPO- UND VEREINSBANK AG, :
NEW YORK BRANCH; UNICREDIT U.S. FINANCE :
INC. (f/k/a HVB U.S. FINANCE INC. and HVB :
STRUCTURED FINANCE, INC.); and HVB RISK :
MANAGEMENT PRODUCTS INC,                 :
 :
                    Defendants. :
------------------------------------------------------------------------x

PLEASE TAKE NOTICE, that the undersigned counsel, who is admitted to practice before this Court, hereby appears for Defendants Bayerische Hypo- und Vereinsbank AG; Bayerische Hypo- und Vereinsbank AG, New York Branch; Unicredit U.S. Finance Inc.; and HVB Risk Management Products, Inc., named in this matter, and requests that all further papers and correspondence be served upon him.

Dated: New York, New York
       July 27, 2011

Respectfully submitted,

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By:   /s/ James E. D'Elicio
     James E. D'Elicio
     (jdelicio@kasowitz.com)
  1633 Broadway
  New York, New York 10019
  Telephone: (212) 506-1786
  Facsimile: (212) 835-5086

*Attorneys for Defendants*