KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Mark P. Ressler
E-Mail: mressler@kasowitz.com
Mark W. Lerner
E-Mail: mlerner@kasowitz.com
Kathryn S. Bevilacqua
Email: kbevilacqua@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

ARTHUR L. CAHOON; GLENGARRIFF VENTURES, LLC; ANTONIO R. SANCHEZ, JR., individually and as Trustee of THE SANCHEZ SPOUSAL TRUST; ANGELINA VENTURES, LLC; THE GEORGE M. SANCHEZ OIL & GAS TRUST and ARS, JR., GMS NON-EXEMPT REMAINDER TRUST, KELSEY V. STEWART OIL & GAS TRUST, and RICHARD A. STEWARD OIL & GAS TRUST as beneficiaries of THE GEORGE M. SANCHEZ OIL & GAS TRUST; MEDINA VENTURES, LLC; THE SANCHEZ MARITAL TRUST and ARS, JR., GMS NON-EXEMPT REMAINDER TRUST, EKLSEY V. STEWART OIL & GAS TRUST, and RICHARD A. STEWART OIL & GAS TRUST as beneficiaries of THE SANCHEZ MARITAL TRUST; RED VENTURES, LLC; THE SANCHEZ SPOUSAL TRUST; and PECO VENTURES, LLC,

          Plaintiffs,

   vs.

BAYERISCHE HYPO- UND VEREINSBANK AG; BAYERISCHE HYPO- UND VEREINSBANK AG, NEW YORK BRANCH; UNICREDIT U.S. FINANCE INC. (f/k/a HVB U.S. FINANCE INC. and HVB STRUCTURED FINANCE, INC.); and HVB RISK MANAGEMENT PRODUCTS INC,

          Defendants.

---------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Case No. 11-cv-01891 (RMB)

PLEASE TAKE NOTICE, that the undersigned counsel, who is admitted to practice before this Court, hereby appears for Defendants Bayerische Hypo- und Vereinsbank AG; Bayerische Hypo- und Vereinsbank AG, New York Branch; Unicredit U.S. Finance Inc.; and HVB Risk Management Products, Inc., named in this matter, and requests that all further papers and correspondence be served upon her.

Dated: New York, New York  Respectfully submitted,
July 27, 2011

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: ___/s/ Kathryn S. Bevilacqua___
      Kathryn S. Bevilacqua
      (kbevilacqua@kasowitz.com)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1724
Facsimile: (212) 835-5024

*Attorneys for Defendants*